IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**COSTAR GROUP, INC.**, and **RENTPATH HOLDINGS, INC.**,<br><br>Defendants. | Civil Action No. 1:20-cv-3518 (JDB) |

## STIPULATION OF DISMISSAL

In view of RentPath Holdings, Inc.'s termination of the agreement to be acquired by CoStar Group, Inc. on December 29, 2020 and Defendants' withdrawal of their Hart-Scott-Rodino Notification and Report Forms for this proposed transaction on December 30, 2020, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice its claims asserted in this action against Defendants. Defendants stipulate to the dismissal of these claims.

Date:  December 30, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Chong S. Park* | */s/ Susan A. Musser* |
| Chong S. Park<br>Jonathan Klarfeld<br>Douglas Scott Hazelgrove II<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807<br>Phone:  (202) 508-4600<br>chong.park@ropesgray.com<br>jonathan.klarfeld@ropegray.com | Susan A. Musser<br>Jessica Sheer Drake<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue N.W.<br>Washington, DC 20580<br>Phone: (202) 326-2122<br>smusser@ftc.gov<br>jdrake@ftc.gov |

scott.hazelgrove@ropesgray.com

Daniel V. Ward
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000
daniel.ward@ropesgray.com

*Attorneys for RentPath Holdings, Inc.*


/s/ Amanda P. Reeves

Amanda P. Reeves
Marguerite Mitchell Sullivan
LATHAM & WATKINS LLP
555 Eleventh St. NW, Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2183
Amanda.reeves@lw.com
marguerite.sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 395-8240
Dan.wall@lw.com

*Attorneys for CoStar Group, Inc.*

Helder Agostinho
Jennifer Milici
FEDERAL TRADE COMMISSION
400 7th Street, SW
Washington, DC 20024
Phone: (202) 326-3415
hagostinho@ftc.gov
jmilici@ftc.gov

Derek Edward Diaz
FEDERAL TRADE COMMISSION
1111 Superior Avenue
Suite 200
Cleveland, OH 44114
Phone: 216-263-3421
ddiaz@ftc.gov

*Attorneys for the Federal Trade Commission*